MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Darry Dominic Woodford,
Darlene Anita Woodford

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Penny Marie Julia Woodford

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 4:24-cv-10166
Assigned To : Behm, F. Kay
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 1/22/2024
Description: CMP DARRY WOODFORD ET AL V PENNY WOODFORD (JH)

Jury Trial:   ☐ Yes   ☐ No
              *(check one)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Darryl Woodford, Darlene Anita Woodford
   Street Address: 7617 Kirkridge St
   City and County: Belleville, Wayne County
   State and Zip Code: MI, 48111
   Telephone Number:
   E-mail Address:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   Name: Penny Marie Julia Woodford
   Job or Title (if known):
   Street Address: (unknown)
   City and County:
   State and Zip Code:
   Telephone Number: (734)-308-2987
   E-mail Address (if known):

   Defendant No. 2

   Name:
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known):

   2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

    Name    _____

    Job or Title (if known)    _____

    Street Address    _____

    City and County    _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address (if known)    _____

Defendant No. 4

    Name    _____

    Job or Title (if known)    _____

    Street Address    _____

    City and County    _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address (if known)    _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☐ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S. Civil Statute 380
(personal property damage)

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Darryl Dominic Woodford, Darlene Anita Woodford
      is a citizen of the State of *(name)* Michigan.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____,
      is incorporated under the laws of the State of *(name)*
      _____, and has its principal place of business in the
      State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Penny Marie Julia Woodford, is a citizen of the
      State of *(name)* Ohio _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation
      The defendant, *(name)* _____, is incorporated
      under the laws of the State of *(name)* _____, and
      has its principal place of business in the State of *(name)*
      _____. Or is incorporated under the laws of
      *(foreign nation)* _____, and has its principal place
      of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain):*

- The defendant destroyed tv's, carpet, walls, towel racks, mirrors, and valuable items (pictures and keep sakes) that cannot be replaced, as well as traumatized my mother and filmed it on instagram live to embarass her further, traumatizing and terrifying my mother.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

— My mother, Darlene Woodford began helping my brother Jeffrey Woodford's 4 children at no cost during his break up with Penny Woodford, Jeffrey and Penny (both residents of Ohio at the time) got back together around January 5th, 2023, at this point he snuck Penny into me and my mothers residence without her consent, she asked them to leave, which they refused, they put a lock on the basement door and began (squatting) illegally because appearently they lost their residence in Ohio due to non-payment, my mother was unable to use her own washer and dryer in the basement for 5 months, including the electricity Penny and Jeffrey and there 4 kids used for 5 months, to make matters worse my mother asked Penny to leave on April 15, 2023, Penny then tried to attack my mother, my mother barricaded herself in her room for her own safety while Jeffrey and Penny tried breaking her door down, my mother had to call an ambulance, and was placed in Saint Joseph Mercy Hospital for 3 days, from 05/15/23 to 05/18/23 due to heavy ammounts of stress, my mother is (66 years old) upon returning home my mother discovered that Penny had emptied her shampoo and conditioner bottles, making it even harder for my mother to live in her own house, my mother was afraid to eat, bathe, and step outside of her room for 4 months, because Penny would taunt her saying "i dare you to come out b*tch, ill beat your a**", when my mothers friend Chanell Lett filed papers on my mothers behalf to remove them from the residence, Penny got upset and destroyed the carpet i bought over $2000, went into my bedroom stating "your son is in jail, who's gonna stop me" and then busted 2 flat screen TV's of mine, pulled one completley off the wall creating holes in the drywall, then procceded to rip the potrait above my bed (a picture of me and my fiance) that i can never get back, and that picture meant the world to me, Penny then went into the upstairs bathroom and ripped both towel racks out of the wall, then she went back into my room and threw other belongings of mine across the room (dvd's, music equipment, ect) and while all of this was going on Penny was live streaming, laughing, and taunting my mother, to embarass her in front of thousands of followers on instagram, stating "look this b*tch is scared to come out, im going to destroy her house". These chaotic type of events continued until the couple finally left on June 6th to a new residence (which is unknown), they may have returned to their residence in Chicago. The trauma and torture to my mother as well as the destruction of both mine and my mothers property is a price i cannot put a value on.

5

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- i feel me and my mother (Darlene Woodford) should both be compensated for the intentional destruction of both personal property as well as keepsakes that cannot be replaced, including emotional trauma she inflicted on my mother causing her to be hospitalized, and my emotion damage for destroying valuable photos i can never replace of my fiance and me when we discovered she was pregnant its ripped into a million pieces, she had my mother's electricity bill sky high, there is a list of prices and damages in this case, (photos of damages are available) and im sure hospital and electrical bills can be retrieved. i believe Penny should be held accountable for her actions and destructive patterns.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 15th, 20 24.

Signature of Plaintiff _____

Printed Name of Plaintiff   Darryl Dominic Woodford

6

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

- it should be noted that i'm currently being housed at Genesee County Jail and any mail directed to me should be sent to:

  [ Darryl Woodford #195521
  Genesee County Jail
  1002 S. SAGINAW ST.
  FLINT, MI 48502 ]

- my mother (Darlene Woodford) still resides at our address:

  [ 7617 Kirkridge St.
  Belleville, MI 48111 ]

  and any mail directed to her should be sent there.

- i also ask that you wave the filing fee (forma pauperis) prepayment for my income ammount is $0, and my mother only recieves around 50 to 60 dollars a week for she is (66 years old), and disabled and any income she recieves goes on my aramark commisary accont to purchase hygiene items that are available at the jail, i have also provided the court with my recent account history on 01/09/24 which should be on record.

  thank you.

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?   ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes: _____

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: **Wayne**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Woodford, Darryl, D

**DEFENDANTS**
Woodford, Penny, MJ

**(b)** County of Residence of First Listed Plaintiff: **Wayne**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**
PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [X] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: **U.S. Civil Statute 380**
Brief description of cause: **personal property damage (intentional)**

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

DARRYL WOODFORD #195521
GENESEE COUNTY JAIL
1002 S. SAGINAW ST.
FLINT, MI 48502

METROPLEX MI 480
17 JAN 2024 PM 4 L

US DISTRICT COURT
251 LAFAYETTE BLVD.
DETROIT MI 48226

48226-279426



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022