UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL DOMINIC
WOODFORD and DARLENE
ANITA WOODFORD,

      Plaintiff,

v.

PENNY MARIE JULIA
WOODFORD,

      Defendant.

_____/

Case No. 24-10166

F. Kay Behm
U.S. District Judge

Curtis Ivy
U.S. Magistrate Judge

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S DECEMBER 17, 2025
<u>REPORT AND RECOMMENDATION (ECF No. 39)</u>**

Currently before the court is Magistrate Judge Ivy's December 17,

2025 Report and Recommendation.  (ECF No. 39).  Judge Ivy

recommends dismissing this case pursuant to Fed. R. Civ. P. 4(m).  The

court has reviewed the record and the pleadings.  Neither party has

filed objections.  "[T]he failure to object to the magistrate judge's

report[] releases the Court from its duty to independently review the

matter."  *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012)

(citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The court

nevertheless agrees with the Magistrate Judge's recommended disposition.  The court notes that Plaintiff Darryl Woodford is incarcerated, and service was attempted by (and was primarily in the control of) the United States Marshal Service, not Plaintiffs.  *See* ECF No. 8.  However, Judge Ivy gave Plaintiffs multiple warnings that service was not being successfully effected, giving them fair notice of the need to seek alternate means of service.  ECF Nos. 29, 31, 34, 36.  Indeed, Judge Ivy reminded Plaintiffs that if service was not effected, "the burden remains on them to seek alternative means of service or to discover a correct address for Defendant, whichever may be appropriate."  ECF No. 36, PageID.120.  Judge Ivy gave Plaintiffs one final warning and opportunity to seek alternate service, else he noted the complaint must be dismissed under Fed. R. Civ. P. 4(m).  ECF No. 38.  No response was received, and this report and recommendation followed.  Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 39) and **DISMISSES** the complaint without prejudice.

      **SO ORDERED**.

Date: January 13, 2026                    <u>s/F. Kay Behm</u>
                                          F. Kay Behm
                                          United States District Judge